# United States District Court

WESTERN DISTRICT OF WASHINGTON

LEONARD CARTER

        v.

THE SEATTLE TIMES COMPANY

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-1301MJP

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Plaintiff's complaint is hereby DISMISSED pursuant to FRCP 12(b)(6) for failure to state a claim upon which relief can be granted.

November 21, 2007                                BRUCE RIFKIN
                                                                                   Clerk

                                                               _/s Mary Duett_____
                                                                By, Deputy Clerk